IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA                    Date: November 16, 2018

vs.                                          Case No.: 17-4074-01-CR-C-BCW

NATHANIEL CRAIG CARROLL

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing:   Sentencing

Time Commenced: 10:04 am   Recess: 10:26 am – 10:37 am   Time Terminated: 10:37 am

APPEARANCES

Plaintiff's counsel:      Michael Oliver, AUSA
Defendant's counsel:      Steven Berry
Probation officer:        Jennifer Simons

PROCEEDINGS IN COURTROOM:   Above parties present.   Court accepts plea of guilty and adjudication of guilt.   There are objections to the Presentence Report by the Defendant.   Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Government presents witness testimony.   Counsel makes sentence recommendations.   Defendant accorded allocution.

SENTENCE: Defendant is sentenced to 120 months in the Bureau of Prison for Counts 1-3 of the Indictment, terms to be served concurrently.   Followed by 3 years supervised release, terms to be served concurrently. Standard/Additional Conditions of Supervision imposed.
FINE: waived; SPECIAL ASSESSMENT: $300; RESTITUION: n/a
Defendant advised of right to appeal.   Defendant remanded to the custody of the USM.

Court Reporter:      Denise Halsey
Courtroom Deputy:   T. Lock

Government's Witness: Steve Corsi, 10:17 am – 10:18 am
Government's Witness: Julie Liester, 10:19 am – 10:20 am